144.  EADY *v.* ATLANTIC COAST LINE RAILROAD COMPANY.

HILL, C. J.  The only question insisted on in this case having been certified by this court to the Supreme Court, and a decision having been rendered by the latter court adversely to the contention of the plaintiff in error (129 *Ga.* 363), the judgment is          *Affirmed.*

Action for damages, from city court of Sylvester—Judge Park. July 7, 1906.

Argued February 26,—Decided October 29, 1907.

*Joseph H. Hall, Warren Roberts, Polhill & Williamson,* for plaintiff.  *W. E. Kay, Bennet & Conyers, T. R. Perry, J. H. Tipton,* for defendant.